AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

ELSA LETICIA TORRES; NORTHWEST FARM CREDIT SERVICES, PCA,

*Defendant*

Civil Action No. 1:17-cv-3217-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Judgment and Decree of Foreclosure, ECF No. 27, is GRANTED. Plaintiff is awarded judgment against Defendant Elsa Leticia Torres in the amount of $428,589.24 (principal and interest accrued through March 5, 2019); plus interest to accrue at the rate of $39.2098 per day from and after March 5, 2019, to the date of judgment; plus interest from the date of judgment at the rate set forth in 28 U.S.C. § 1961 until paid in full, for costs of suit, including but not limited to, the filing fee allowed pursuant to 28 U.S.C. § 2412(a)(2), any costs of enforcing the judgment, any costs incurred by FSA to bid at any foreclosure sale, including but not limited to, costs of title work and appraisals, and any other relief. However, no deficiency judgment may be entered against Defendant Torres.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Judgment and Decree of Foreclosure.

Date: November 22, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer