FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELSA LETICIA TORRES,<br><br>Defendant. | NO: 1:17-CV-3217-RMP<br><br>ORDER OF SALE |

On November 22, 2019, the Court entered its judgment in favor of the United States of America against Defendant Elsa Leticia Torres.  ECF Nos. 28 and 29.  The Court further ordered that "[a]fter the 10-day automatic stay of proceedings to enforce a judgment, Plaintiff may present a motion for an order of sale."  ECF No. 28 at p. 3.  More than 10 days has passed since the entry of Judgment in this matter. Accordingly, the United States now presents this Order of Foreclosure Sale and to Vacate in accordance with the Court's prior order.

Accordingly, **IT IS HEREBY ORDERED** that the United States' Motion for an Order of Foreclosure Sale and to Vacate, **ECF No. 31**, is **GRANTED**.  The

ORDER OF SALE ~ 1

United States Marshal for the Eastern District of Washington, or his representative (collectively, "Marshal"), is directed, in accordance with the judgment rendered in the above-entitled cause, to sell the property situated in Yakima County, Washington, more particularly described as follows:

REAL PROPERTY

> Tract B of Short Plat recorded in Book M of Short Plats, page 42, as recorded under Auditor's File No. 2485900, records of Yakima County, Washington; EXCEPT that portion thereof described as follows: Beginning at the Northeast corner of Tract A of said Short Plat; Thence 89°57'58" East, parallel to the South line of said Tract B, 113.96 feet Thence South 0°10'43" East, parallel to the East line of said Tract B, 86.25 feet; Thence North 89°57'58" West, 11.23 feet, to the Southeast corner of Tract A; Thence North 2°19'30" West, 86.32 feet to the point of beginning. AND EXCEPT that portion of Tract B lying North of the Roza Irrigation Canal District Canal.
>
> Postal Address: 3273 Roza Drive, Yakima County, Washington, 98953, Tax No. 201112-41402

(hereinafter collectively the "Property").

You are commanded to provide notice of this Order to Defendant, and any other resident of the Property by hand delivery or by leaving it in a prominent location on the Property. You are further commanded to make return hereon, with your doings thereon indicated, within sixty (60) days after this date.

1. **The terms of the Order of Sale shall be as follows:**

    a. The United States Marshal for the Eastern District of Washington or his representative will be authorized and directed

ORDER OF SALE ~ 2

under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell the Property.

b. The Marshal or his representative is authorized to have free access to the Property and to take all actions necessary to preserve the Property, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the property, until the deed to the Property is delivered to the ultimate purchaser.

c. The sale of the real property and personal property shall be free and clear any right, title, or interest of Defendant Elsa Leticia Torres, except to the extent that Defendant has a right of redemption under RCW § 6.23 or excess funds under RCW § 6.21. The redemption period shall be 12 months.

d. The sale shall be subject to building lines, if established; all laws, ordinances, and governmental regulations (including building and zoning ordinances) affecting the real and personal property; and easements and restrictions of record, if any.

e. The Sale shall be held at the courthouse of the county in which the real property is located, on the real property's premises, or at any other place in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002, and shall be announced in the Notice of Sale. The date and

ORDER OF SALE ~ 3

time for sale are to be announced by the United States Marshal, or his/her representative, in the Notice of Sale.

f.  The date and time for sale are to be announced by the United States Marshal, his/her representative in the Notice of Sale.

g.  The Notice of Sale shall be published once a week for at least four consecutive weeks before the sale in at least one newspaper regularly issued and of general circulation in Yakima County, and, at the discretion of the Marshal or his/her representative, by any other notice deemed appropriate.  The notice shall contain a description of the real property and personal property; the time, date, and location of the sale as determined by the United States Marshal or his/her representative; the minimum bid as determined by the Unites States; and the terms and conditions of sale listed in subparagraphs i-o below.

h.  The minimum bid for the Real Property will be set by the United States.  If the minimum bid is not met or exceeded, the Marshal or his/her representative, with concurrence of the United States, may without further permission of this Court, and under the terms and conditions in this order of sale, hold a new public sale, if necessary, and reduce the minimum bid as set by the United States, or sell to the highest bidder.

i. The successful bidder for the real property shall be required to deposit at the time of the sale with the Marshal, or his/her representative, a minimum of ten percent (10%) of the bid, with the deposit to be made by certified or cashier's check payable to the United States District Court for the Eastern District of Washington, or cash.  Before being permitted to bid at the sale, bidders shall display to the Marshal, or his/her representative, proof that they are able to comply with this requirement.  No bids will be received from any person(s) who have not presented proof that, if they are the successful bidder(s), they can make the deposit required by this order of sale.

j. The balance of the purchase price for the real property is to be paid to the United States Marshal within twenty (20) days after the date the bid is accepted, by a certified or cashier's check payable to the United States District Court for the Eastern District of Washington.  If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to cover the expenses of the sale, including commissions due under 28 U.S.C. § 1921(c), with any amount remaining to be applied to the Judgment at issue herein.  The real property shall again be offered for sale under the terms and conditions of this order of sale, or, in the alternative, sold to the second highest bidder if consented to by the United States.

ORDER OF SALE ~ 5

k. The sale of the real property shall be subject to confirmation by this Court. The Marshal shall file a report of sale with the Court, together with a proposed order of confirmation of sale and proposed deed, within thirty (30) days from the date of receipt of the balance of the purchase price.

l. On confirmation of the sale, the Marshal shall execute and deliver a deed of judicial sale conveying the real property to the purchaser.

m. On confirmation of the sale, all interests in, liens against, or claims to, the real property and appurtenances that are held or asserted by all parties to this action are discharged and extinguished, except to the extent that such Defendant has rights of redemption under RCW § 6.23.

n. On confirmation of the sale, the recorder of deeds, Yakima County, Washington, shall cause transfer of the real property and appurtenances to be reflected upon that county's register of title.

o. The sale shall be "as is" without warranty of any kind.

2. **Order to Vacate Property.**

a. Until the real property and personal property is sold, all Defendants shall take all reasonable steps necessary to preserve the real and personal property (including all buildings, improvements,

ORDER OF SALE ~ 6

fixtures and appurtenances on the real property) in their current condition including, without limitations, maintaining a fire and casualty insurance policy. They shall neither commit waste against the real property nor cause nor permit anyone else to do so. They shall neither do anything that tends to reduce the value or marketability of the real or personal property nor cause nor permit anyone else to do so. They shall not record any instruments, publish any notice, or take any other action (such as running newspaper advertisements or posting signs) that may directly or indirectly tend to adversely affect the value of the real property or that may tend to deter or discourage potential bidders from participating in the public auction, nor shall they cause or permit anyone else to do so.

b. All persons occupying the real property shall leave and vacate the real property permanently within ten (10) days of the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the real property). If any person fails or refuses to leave and vacate the property by the time specified in this Order, the United States Marshal's Office is authorized to take whatever action it deems appropriate to remove such person from the premises. Specifically, the United States Marshal (or his/her designee) is authorized and

directed to take all reasonable actions necessary to enter the real property at any time of the day or night and evict and eject all unauthorized persons located there, including Defendants, or any other occupants. To accomplish this and to otherwise enforce this Order, the United States Marshal (or his/her designee) shall be authorized to enter the real property and any and all structures and vehicles located thereon, and to use force as reasonably necessary. When the United States Marshal concludes that all unauthorized persons have vacated, or been evicted from the property, he/she shall relinquish possession and custody of the property to the United States, or more specifically the FSA, or its designee. No person shall be permitted to return to the property and/or remain thereon without the express written authorization by the United States Marshal and/or the FSA, and/or the United States Department of Justice, or their respective representatives and/or designees. Unauthorized persons who re-enter the real property during the time this order is in effect may be ejected by the United States Marshal without further order of the Court.

//

//

//

ORDER OF SALE ~ 8

        c.     If any person fails or refuses to remove his or her personal property from the real property by the time specified herein, the personal property remaining on the real property thereafter is deemed forfeited and abandoned, and the United States Marshal's Office is authorized to remove it and to dispose of it in any manner it deems appropriate, including sale, in which case the proceeds of the sale are to be applied first to the expenses of sale and the balance to be paid into the Court for further distribution.

**3.**     **Distribution of Proceeds.**

    a.     The proceeds arising from sale are to be paid to the Clerk of this Court and applied as far as they shall be sufficient to the following items, in the order specified:

1. To the United States for the costs of the sale, including the costs and commissions of the United States Marshal and any professional auctioneer if retained and the costs of advertising, selling, and conveying the property incurred by the Government.
2. To the United States to be applied to the Judgment plus all interest and costs due and owing thereon.
3. Any balance remaining after the above payments shall be held by the Clerk's Registry only to be disbursed whoever may be lawfully entitled to such funds by further order of the Court.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel, U.S. Marshal, and Finance Specialist Sheila Parpolia.

**DATED** March 12, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF SALE ~ 10